### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MICHAEL L. SIMMONS,** | ) |
| **Plaintiff,** | ) |
| v. | ) NO. 05-cv-4030-JPG-CJP |
| **NORTHLAND INSURANCE COMPANY,** | ) |
| **Defendant.** | ) |

## JUDGMENT IN A CIVIL CASE

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

**Dated:   November 28, 2007**

NORBERT JAWORSKI, CLERK

s/Brenda K. Lowe
**Deputy Clerk**


**APPROVED: s/ J. Phil Gilbert**
**U. S. DISTRICT JUDGE**